United States Courts
Southern District of Texas
FILED

*May 20, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | NO: **4:26-cr-296** |
| ) | |
| **1. ZACHARY JOVON LANCASTER** ) | |
| **2. JALEN ANTHONY WILLIAMS** ) | |
| **3. DAVONTE TREVON HUBBARD** ) | |
| **4. CHRISTOPHER MICHAEL GORDON** ) | |
| **5. JERMAIN DAVID GORDON** ) | |
| ) | |
| *Defendants*. ) | |

------------------------------------------------------------

## INDICTMENT

The United States Grand Jury charges that:

### COUNT 1
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846, 841(a)(1), 841(b)(1)(A)(vi))**

In late January/early February of 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the court, the defendants,

**ZACHARY JOVON LANCASTER,**
**JALEN ANTHONY WILLIAMS,**
**DAVONTE TREVON HUBBARD,**
**CHRISTOPHER MICHAEL GORDON, and**
**JERMAIN DAVID GORDON,**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propenamide a.k.a. fentanyl, a Schedule

1

II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(vi).

## COUNT 2
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846, 841(a)(1), 841(b)(1)(A)(vi), and 18 U.S.C. § 2)

On or about February 5, 2025, in the Southern District of Texas, the defendants,

**ZACHARY JOVON LANCASTER,**
**JALEN ANTHONY WILLIAMS,**
**DAVONTE TREVON HUBBARD,**
**CHRISTOPHER MICHAEL GORDON, and**
**JERMAIN DAVID GORDON,**

did knowingly and intentionally aid, abet, and assist others known and unknown to the Grand Jurors, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propenamide a.k.a. fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## <u>NOTICE OF CRIMINAL FORFEITURE</u>
### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to the defendants,

**ZACHARY JOVON LANCASTER,
JALEN ANTHONY WILLIAMS,
DAVONTE TREVON HUBBARD,
CHRISTOPHER MICHAEL GORDON, and
JERMAIN DAVID GORDON,**

that upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and/or 841 as set out in Counts 1 and 2 of this Indictment, the following is subject to forfeiture:

1)   all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2)   all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

By:
*Shelley J. Sullivan*
Shelley J. Sullivan, Assistant U.S. Attorney
Southern District of Texas